1
2
3
4

Arnold D. Larson, Esq. (State Bar No.77118)
LARSON, GARRICK & LIGHTFOOT, LLP
801 S. Figueroa Street, Suite 1130
Los Angeles, California 90017
Tel: 213 / 404-4100 / Fax: 213 / 404-4123
alarson@lgl-law.com

5
6
7
8
9

Michael J. Smith, Esq. (admitted pro hac vice)
Nancy E. Zangrilli, Esq. (admitted pro hac vice)
STEWART SMITH
300 Four Falls Corporate Center, Suite 670
West Conshohocken, PA 19428
Tel: 484 / 534-8300 / Fax: 484 / 534-9470
MSmith@stewartsmithlaw.com
nzangrilli@stewartsmithlaw.com

10
11

Attorneys for Plaintiff, STARSTONE NATIONAL INSURANCE
COMPANY, f/k/a TORUS NATIONAL INSURANCE COMPANY

12

**UNITED STATES DISTRICT COURT**

13

**CENTRAL DISTRICT OF CALIFORNIA**

14
15
16

STARSTONE NATIONAL
INSURANCE COMPANY,

    Plaintiffs,

17

v.

18
19
20

LONDON AVIATION
UNDERWRITERS, JOHN R.
HANSON, ESQUIRE; AND
WORTHE HANSON & WORTHE,
A LAW CORPORATION,

21

    Defendants.

Case No.:  8:22-cv-02001-DOC-KES

**JOINT NOTICE OF SETTLEMENT
AND REQUEST TO RETAIN
JURISDICTION**

22
23

24

## <u>NOTICE OF SETTLEMENT</u>

25

    Plaintiff STARSTONE NATIONAL INSURANCE COMPANY, and

26

Defendants LONDON AVIATION UNDERWRITERS, JOHN R. HANSON,

27

ESQUIRE and WORTHE HANSON & WORTHE, and Counter Defendants DON

28

DOWLING and ROSS, HACKETT, DOWLING, VALENCIA & WALTI

(hereinafter collectively "the Parties") by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter which will result in the disposition of the entire action.

      The Parties are preparing a written settlement agreement which will provide for a dismissal of the entire action with prejudice after the terms of the settlement agreement have been fully executed. The Parties request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the Parties have fully performed their duties as required under the settlement agreement. It is estimated that the Parties will have fully performed their duties by or before May 31, 2023. Promptly after the Parties' completion of their duties (as mandated under the settlement agreement), the Parties will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for all Parties.

Dated:  May 12, 2023                LARSON, GARRICK & LIGHTFOOT, LLP

By: _____
    ARNOLD D. LARSON
Attorneys for Plaintiff,
STARSTONE NATIONAL INSURANCE
COMPANY

Dated:  May 12, 2023                FREEMAN MATHIS & GARY, LLP

By: __/ s / Zachariah E. Moura_____
    ZACHARIAH E. MOURA
Attorneys for Defendant,
LONDON AVIATION UNDERWRITERS

1

2

Dated:  May 12, 2023

3

MURCHISON & CUMMING, LLP

4

By: _____

5

DAN L. LONGO

6

MATTHEW E. VOSS

Attorneys for Defendants,
WORTHE HANSON & WORTHE, A
PROFESSIONAL LAW CORPORATION
and JOHN R. HANSON, ESQUIRE

7

8

9

10

Dated:  May 12, 2023

ROBIE & MATTHAI

11

12

By: _____

13

EDITH R. MATTHAI

LEIGH P. ROBIE

14

Attorneys for Counter Defendants,
ROSS, HACKETT, DOWLING,
VALENCIA & WALTI and DONALD
DOWLING

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LARSON, GARRICK
& LIGHTFOOT, LLP

3